Juan Martin Torres **FERNANDEZ;** et al., Petitioners,

v.

Alberto R. **GONZALES,** Attorney General, Respondent.

No. 06–73984.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 18, 2006.*

Filed Dec. 21, 2006.

Juan Martin Torres Fernandez, Corona, CA, pro se.

Maribel Torres Diaz, Corona, CA, pro se.

Kenya Maribel Torres Torres, Corona, CA, pro se.

CAC–District Counsel, Esq., Office of the District Counsel, Department of Homeland Security, Los Angeles, CA, Ronald E. Lefevre, Chief Counsel, Office of the District Counsel, Department of Homeland Security, San Francisco, CA,

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Hillel Smith Fax, U.S. Department of Justice, Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: GOODWIN, McKEOWN and FISHER, Circuit Judges.

## MEMORANDUM **

We have reviewed the response to the court's September 28, 2006 order to show cause, and we conclude that petitioners Juan Martin Torres Fernandez and Maribel Torres Diaz have failed to raise a colorable constitutional or legal claim to invoke our jurisdiction over this petition for review. *See Torres–Aguilar v. INS,* 246 F.3d 1267, 1271 (9th Cir.2001). Accordingly, respondent's motion to dismiss this petition for review for lack of jurisdiction with respect to Juan Martin Torres Fernandez and Maribel Torres Diaz is granted. *See* 8 U.S.C. § 1252(a)(2)(B)(i); *Romero–Torres v. Ashcroft,* 327 F.3d 887, 892 (9th Cir.2003); *Montero–Martinez v. Ashcroft,* 277 F.3d 1137, 1144 (9th Cir. 2002).

Respondent's motion for summary disposition is granted because the questions raised by this petition for review with respect to Kenya Maribel Torres Torres are so insubstantial as not to require further argument. *See United States v. Hooton,* 693 F.2d 857, 858 (9th Cir.1982) (per curiam) (stating standard). Petitioner Kenya Maribel Torres Torres has no qualifying relatives for purposes of cancellation of removal. Accordingly, this petition for review with respect to Kenya Maribel Torres Torres is denied. *See* 8 U.S.C. § 1229b(b)(1)(D); *Molina–Estrada v. INS,* 293 F.3d 1089 (9th Cir.2002).

All other pending motions are denied as moot. The temporary stay of removal and voluntary departure confirmed by Ninth Circuit General Order 6.4(c) and *Desta v. Ashcroft,* 365 F.3d 741 (9th Cir.2004), shall continue in effect until issuance of the mandate.

**PETITION FOR REVIEW DENIED in part; DISMISSED in part.**

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

